[January 7, 1830.]

THE CHESAPEAKE AND DELAWARE CANAL COMPANY v.
ALEXANDER SCOT, for the use of JAMES L. CLAYTON.

High Court of Errors and Appeals.   June 13, 1829.

*Ridgely's Notebook V, 555.*